| PROB 22<br>(Rev. 2/88) | | **DOCKET NUMBER** *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 1-09-CR-10324-01 |
| | | **DOCKET NUMBER** *(Rec. Court)*<br>18-TP-80009- |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | **DISTRICT** | **DIVISION**   MIDDLEBROOKS |
|---|---|---|
| Brian Febonio | **District of Massachusetts** | Criminal, D/MA, Boston |

FILED by _____ D.C.

APR 2 5 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

| | |
|---|---|
| **NAME OF SENTENCING JUDGE** | |
| The Honorable George A. O'Toole, Senior U.S. District Judge | |

| **DATES OF PROBATION/SUPERVISED RELEASE:** | **FROM**<br>03/30/18 | **TO**<br>03/29/2023 |
|---|---|---|

**OFFENSE**

Armed Bank Robbery, in violation of 18 U.S.C. § 2113(a)(d)
Aiding and Abetting, in violation of 18 U.S.C. § 2

---

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **Southern District of Florida** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

4/18/18
_____
*Date*

_____
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

4/19/18
_____
*Effective Date*

_____
KENNETH A. MARRA
*United States District Judge*

🔖AO 245B(05-MA)      (Rev. 06/05) Judgment in a Criminal Case
Sheet 1 - D. Massachusetts - 10/05

# UNITED STATES DISTRICT COURT
### District of Massachusetts

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br>**V.**<br><br>**BRIAN J. FEBONIO** | **JUDGMENT IN A CRIMINAL CASE**<br><br>Case Number: **1:  09 CR 10324   - 001 - GAO**<br><br>USM Number: 24547-038<br><br>BRADFORD ELIOT KEENE, ESQUIRE<br>Defendant's Attorney<br>☐ Additional documents attached |

☐ Correction of Sentence for Clerical Mistake (Fed. R. Crim. P.36)

**THE DEFENDANT:**

☑ pleaded guilty to count(s)    1    ( Date of Plea: 9/21/10)

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:                        Additional Counts - See continuation page ☐

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|---|
| 18 USC Sec 2113(a)(d) | Armed Bank Robbery | 09/18/09 | 1 |
| 18 USC Sec. 2 | Aiding and Abetting | | |

The defendant is sentenced as provided in pages 2 through    11    of this judgment.  The sentence is imposed pursuant to
the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are  dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

12/21/10
Date of Imposition of Judgment

_Signature of Judge_

The Honorable George A. O'Toole
Judge, U.S. District Court
Name and Title of Judge

/2/22/10
Date

Case 1:09-cr-10324-GAO Document 48 Filed 12/22/10 Page 2 of 11

AO 245B(05-MA)   (Rev. 06/05) Judgment in a Criminal Case
Sheet 2 - D. Massachusetts - 10/05

Judgment --- Page   2   of   11

DEFENDANT: **BRIAN J. FEBONIO**
CASE NUMBER: **1: 09 CR 10324 - 001 - GAO**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a
total term of:     110    month(s)

on count 1.

☑ The court makes the following recommendations to the Bureau of Prisons:

The court recommends to the Bureau of Prisons that the defendant participate in all available substance abuse
treatment, including, but not limited to, the Bureau of Prisons' 500-Hour Residential Drug Abuse Program.
BOP to take into consideration the deft's family circumstances when designating a facility.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a_____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

Case 1:09-cr-10324-GAO   Document 48   Filed 12/22/10   Page 3 of 11

AO 245B(05-MA)     (Rev. 06/05) Judgment in a Criminal Case
Sheet 3 - D. Massachusetts - 10/05

| | Judgment—Page 3 of 11 |
|---|---|

DEFENDANT:     **BRIAN J. FEBONIO**                    ⊞
CASE NUMBER:   **1: 09 CR 10324 - 001 - GAO**

### SUPERVISED RELEASE                          ☑ See continuation page

Upon release from imprisonment, the defendant shall be on supervised release for a term of :     5   year(s)

on count 1.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed 104 tests per year, as directed by the probation officer.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☑ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☑ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

### STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B(05-MA)   (Rev. 06/05) Judgment in a Criminal Case
Sheet 4A - Continuation Page - Supervised Release/Probation - 10/05

DEFENDANT:   **BRIAN J. FEBONIO**
CASE NUMBER: **1: 09  CR  10324   - 001 - GAO**

Judgment—Page ___4___ of ___11___

## ADDITIONAL ☑ SUPERVISED RELEASE ☐ PROBATION TERMS

Defendant is to pay the balance of any restitution imposed according to a schedule set down by probation,or, if necessary, by the court after a hearing.

Defendant is prohibited from incurring new credit charges or opening additional lines of credit without the approval of the Probation Office while any financial obligations remain outstanding.

The defendant is to provide the Probation Office access to any requested financial information, which may be shared with the Financial Litigation Unit of the US Attorney's Office.

The defendant is to participate in a program for substance abuse counseling as directed by the United States Probation Office, which program may include testing, not to exceed 104 drug tests per year, to determine whether the defendant has reverted to the use of alcohol or drugs. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third party payment.

## Continuation of Conditions of ☑ Supervised Release ☐ Probation

The defendant is to participate in a mental health treatment program as directed by the Probation Office. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third-party payment.

The defendant shall notify the United States attorney for this district within 30 days of any change of mailing or residence address that occurs while any portion of the restitution remains unpaid.

Case 1:09-cr-10324-GAO   Document 48   Filed 12/22/10   Page 5 of 11

AO 245B(05-MA)  (Rev. 06/05) Judgment in a Criminal Case
Sheet 5 - D. Massachusetts - 10/05

DEFENDANT: **BRIAN J. FEBONIO**
CASE NUMBER: **1: 09 CR 10324  - 001 - GAO**

Judgment — Page ___5___ of ___11___

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $        $100.00 | $ | $        $26,433.00 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| Sovereign Bank | | $26,433.00 | |
| Loss Prevention & Security | | | |
| Mail Code: MA1 CBO 0675 | | | |
| 492 Main Street | | | |
| Melrose, MA  02176 | | | |
| Attn: Richard Sardellitti | | | |
| Senior investigator | | | |

☐ See Continuation Page

| **TOTALS** | $        $0.00 | $        $26,433.00 |
|---|---|---|

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☑ the interest requirement is waived for the  ☐ fine  ☑ restitution.

☐ the interest requirement for the  ☐ fine  ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B(05-MA)   (Rev. 06/05) Judgment in a Criminal Case
                 Sheet 5A - D. Massachusetts - 10/05

DEFENDANT:      **BRIAN J. FEBONIO**                 Judgment—Page ___6___ of ___11___
CASE NUMBER:    **1: 09  CR  10324  - 001  - GAO**

## ADDITIONAL TERMS FOR CRIMINAL MONETARY PENALTIES

All restitution payments shall be made to the Clerk, US District Court for transfer to the above named party

AO 245B(05-MA)    (Rev. 06/05) Judgment in a Criminal Case
                  Sheet 6 - D. Massachusetts - 10/05

DEFENDANT: **BRIAN J. FEBONIO**
CASE NUMBER: **1: 09 CR 10324 - 001 - GAO**

Judgment — Page ___7___ of ___11___

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A ☐ Lump sum payment of $ _____ due immediately, balance due

    ☐ not later than _____, or
    ☐ in accordance    ☐ C,   ☐ D,   ☐ E, or   ☐ F below; or

B ☐ Payment to begin immediately (may be combined with ☐ C,   ☐ D, or   ☐ F below); or

C ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
    _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
    _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
    term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from
    imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☒ Special instructions regarding the payment of criminal monetary penalties:

    Payment of the restitution shall begin immediately and shall be made according to the requirements of the
    Federal Bureau of Prisons' Inmate Financial Responsibility Program while the defendant is incarcerated and
    according to a repayment schedule set by probation, or, if necessary, by the court during supervised release.
    The assessment fee is due forthwith.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☒ Joint and Several

☐ See Continuation Page

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

    Michael Peters -002   Cr 09-10324

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )   CRIMINAL NO. 09 CR 10324 GAO
                            )
                            )   Count One: 18 U.S.C. §§
        V.                  )   2113(a),(d): Armed Bank
                            )   Robbery
                            )
                            )
(1)BRIAN J. FEBONIO         )
(2)MICHAEL J. PETERS        )

INDICTMENT

COUNT ONE:    18 U.S.C. § 2113(a),(d) – Armed Bank Robbery

The Grand Jury charges that:

On or about September 18, 2009, at Peabody, in the District
of Massachusetts,

**(1)BRIAN J. FEBONIO,**
**(2)MICHAEL J. PETERS,**

defendants herein, by force and violence and by intimidation, did
take from the person and presence of another, money, in the
amount of $26,443.00, more or less, belonging to, and in the
care, custody, control, management and possession of Sovereign
Bank, 300 Andover Street, Peabody, Massachusetts, the deposits of
which were then insured by the Federal Deposit Insurance
Corporation; and in committing the aforesaid offense,

(1)BRIAN J. FEBONIO
(2)MICHAEL J. PETERS

did assault and put in fear the lives of other persons by the use
of dangerous weapons, to wit, firearms.

All in violation of Title 18, United States Code, Sections
2113(a),(d), and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
Kenneth G. Shine
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS                    October 28, 2009

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk                          @3:12PM

CUSTODY, VICTIM

# United States District Court
## District of Massachusetts (Boston)
## CRIMINAL DOCKET FOR CASE #: 1:09-cr-10324-GAO-1

Case title: USA v. Febonio et al
Related Case: 1:11-cv-12272-GAO
Magistrate judge case number: 1:09-mj-01898-TSH

Date Filed: 10/28/2009
Date Terminated: 12/22/2010

Assigned to: Judge George A. OToole, Jr

### Defendant (1)

**Brian J. Febonio**
24547-038
COLEMAN II
U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 1034
COLEMAN, FL 33521
*TERMINATED: 12/22/2010*
*also known as*
Bryan Febonio
*TERMINATED: 12/22/2010*

represented by **Mark W. Shea**
Shea & LaRocque
Suite 103
929 Massachusetts Avenue
Cambridge, MA 02139
617-577-8722
Fax: 617-577-7897
Email: markwshea@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Michael F. Natola**
Natola Associates, LLC
175 Andover Street
Suite 205
Danvers, MA 01923
978-739-9300
Fax: 978-739-9301
Email:
MNatola@NatolaAssociates.com
*TERMINATED: 07/13/2010*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Syrie D. Fried**
Good Schneider Cormier & Fried
3rd Floor
83 Atlantic Ave.
Boston, MA 02110
617-523-5933
Email: sf@gscfboston.com

*TERMINATED: 01/07/2010*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Bradford E. Keene**
Law Offices of Bradford E. Keene, PC
Suite B
7 Kimball Lane
Lynnfield, MA 01940
781-246-4545
Fax: 781-246-3999
Email: bkmogul@aol.com
*TERMINATED: 11/03/2015*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Lenore Glaser**
Law Office of Lenore Glaser
45 Bromfield Street
Suite 500
Boston, MA 02108
617-753-9988
Fax: 617-830-0167
Email: lglaser@glaser-law.com
*TERMINATED: 10/18/2010*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| Pending Counts | Disposition |
|---|---|
| | 110 months imprisonment on count 1. Court recommends to the Bureau of Prisons that the defendant participate in all available substance abuse treatment, including, but not limited to, the Bureau of Prisons' 500-Hour Residential Drug Abuse Program. Bureau of Prison to take into consideration the deft's family circumstances when designating a facility. 5 years supervised release. ( See Judgment and Commitment for conditions of release). Defendant is to pay restitution in the total amount of $26,433.00 to Sovereign Bank. All restitution payments shall be made to the Clerk, US District Court for transfer to the above named party. Defendant is assesssed $100.00 which is due forthwith. |
| 18:2113(a)(d) Armed Bank Robbery and 18:2 Aiding and Abetting (1) | |

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                              **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                      **Disposition**

18:2113 (a) & (d) Armed Bank Robbery
(18:2113A.F)

---

**Plaintiff**

**USA**                              represented by    **Kenneth G. Shine**
                                                       United States Attorney's Office
                                                       1 Courthouse Way
                                                       Boston, MA 02210
                                                       617-748-3686
                                                       Fax: 617-748-3954
                                                       Email: kenneth.shine@usdoj.gov
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/22/2009 | 1 | General Order 09-1, dated January 6, 2009 regarding the E-Government Act and Personal Identifiers entered as to Bryan Febonio. (Belpedio, Lisa) [1:09-mj-01898-TSH] (Entered: 09/23/2009) |
| 09/22/2009 | 2 | COMPLAINT as to Bryan Febonio (1). (Attachments: # 1 Affidavit of Joseph F. Ross, # 2 JS-45)(Belpedio, Lisa) [1:09-mj-01898-TSH] (Entered: 09/23/2009) |
| 09/22/2009 | | Arrest of Bryan Febonio after hours, Defendant lodged overnight. (Belpedio, Lisa) [1:09-mj-01898-TSH] (Entered: 09/23/2009) |
| 09/23/2009 | | Electronic Clerk Notes for proceedings held before Magistrate Judge Timothy S. Hillman: Initial Appearance as to Bryan Febonio held on 9/23/2009, Case called, Counsel, PTS & Defendant appear, Defendant notified of rights, charges & maximum penalties, Financial Affidavit filed, Government moves for Detention and continuance, Case continued for Preliminary Examination/Detention Hearing set for 9/28/2009 11:00 AM in Courtroom 16 before Magistrate Judge Timothy S. Hillman, Defendant remanded to the custody of the US Marshals. (Digital Recording 12:14.)(Attorneys present: |

| | | |
|---|---|---|
| | | Shine, Fried, PTS Gray) (Belpedio, Lisa) [1:09-mj-01898-TSH] (Entered: 09/23/2009) |
| 09/23/2009 | | Attorney update in case as to Bryan Febonio. Attorney Syrie D. Fried for Bryan Febonio added. (Belpedio, Lisa) [1:09-mj-01898-TSH] (Entered: 09/23/2009) |
| 09/24/2009 | 5 | Magistrate Judge Timothy S. Hillman: ORDER entered. ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Bryan Febonio (Adam, Lucien) [1:09-mj-01898-TSH] (Entered: 09/24/2009) |
| 09/25/2009 | 6 | Arrest Warrant Returned Executed on 9/23/2009 as to Bryan Febonio. (Belpedio, Lisa) [1:09-mj-01898-TSH] (Entered: 09/28/2009) |
| 09/28/2009 | | Electronic Clerk Notes for proceedings held before Magistrate Judge Timothy S. Hillman: Preliminary Examination/Detention Hearing as to Bryan Febonio held on 9/28/2009, Case called, Counsel, PTS & Defendant appear, Defense Counsel requests brief continuance, Preliminary Examination/Detention Hearing re-set for 10/2/2009 10:30 AM in Courtroom 1 - Worcester before Magistrate Judge Timothy S. Hillman, Defendant remanded to the custody of the US Marshals. (Digital Recording 10:54.)(Attorneys present: Shine, Fried, PTS Gray) (Belpedio, Lisa) [1:09-mj-01898-TSH] (Entered: 09/28/2009) |
| 10/02/2009 | | Electronic Clerk Notes for proceedings held before Magistrate Judge Timothy S. Hillman: Preliminary Examination/Detention Hearing as to Bryan Febonio held on 10/2/2009. Case called, Counsel, PTS & Defendant appear, Government calls Joseph Ross, Cross, Counsel Argue, The Court finds Probable Cause, Defendant assents to an order of detention, but, reserves his right to a hearing in the future, Defendant remanded to the custody of the US Marshals. (Digital Recording 10:37.)(Attorneys present: Shine, Fried, PTS Toland) (Belpedio, Lisa) [1:09-mj-01898-TSH] (Entered: 10/05/2009) |
| 10/02/2009 | 7 | EXHIBIT/WITNESS LIST re: Preliminary Examination/Detention Hearing as to Bryan Febonio. (Belpedio, Lisa) [1:09-mj-01898-TSH] (Entered: 10/05/2009) |
| 10/07/2009 | 8 | Magistrate Judge Timothy S. Hillman: Findings and Order on Probable Cause and the Government's Motion for Detention as to Bryan Febonio. (Belpedio, Lisa) [1:09-mj-01898-TSH] (Entered: 10/08/2009) |
| 10/28/2009 | 9 | INDICTMENT as to Brian J. Febonio (1) count(s) 1, Michael J. Peters (2) count(s) 1. (Attachments: # 1 JS45)(Cummings, Mary) (Entered: 10/29/2009) |
| 10/29/2009 | 10 | General Order 09-1, dated January 6, 2009 regarding the E-Government Act and Personal Identifiers entered as to Brian J. Febonio, Michael J. Peters (Cummings, Mary) (Entered: 10/29/2009) |
| 10/29/2009 | | Judge George A. OToole, Jr: Electronic ORDER entered. ORDER REFERRING CASE to Magistrate Judge Timothy S. Hillman Reason for referral: Full Pretrial Proceedings as to Brian J. Febonio, Michael J. Peters (Cummings, Mary) (Entered: 10/29/2009) |
| 10/30/2009 | 11 | General Order 09-1, dated January 6, 2009 regarding the E-Government Act and Personal Identifiers entered as to Brian J. Febonio, Michael J. Peters |

| | | (Jones, Sherry) (Entered: 10/30/2009) |
|---|---|---|
| 11/02/2009 | 12 | MOTION to Seal as to Brian J. Febonio. (Fried, Syrie) (Entered: 11/02/2009) |
| 11/03/2009 | | Magistrate Judge Timothy S. Hillman: Electronic ORDER entered granting 12 Motion to Seal as to Brian J. Febonio (1). (Jones, Sherry) (Entered: 11/03/2009) |
| 11/04/2009 | 13 | SEALED MOTION as to Brian J. Febonio. (Jones, Sherry) (Entered: 11/04/2009) |
| 11/12/2009 | | ELECTRONIC NOTICE OF HEARING ON MOTION as to Brian J. Febonio 13 SEALED MOTION : Motion Hearing set for 11/16/2009 09:30 AM in Courtroom 1 - Worcester before Magistrate Judge Timothy S. Hillman. (Belpedio, Lisa) (Entered: 11/12/2009) |
| 11/16/2009 | | Electronic Clerk Notes for proceedings held before Magistrate Judge Timothy S. Hillman: Motion Hearing as to Brian J. Febonio held on 11/16/2009 re 13 SEALED MOTION filed by Brian J. Febonio. Case called, Counsel & Defendant appear, Government excused, Motion to be Allowed, Successor Counsel to be appointed. (Digital Recording 9:44.)(Attorneys present: Shine- by telephone, Fried) (Belpedio, Lisa) (Entered: 11/17/2009) |
| 11/19/2009 | 14 | Magistrate Judge Timothy S. Hillman: ORDER entered. CJA 20 as to Brian J. Febonio: Appointment of Attorney Michael F. Natola for Brian J. Febonio. (Adam, Lucien) (Entered: 11/19/2009) |
| 11/19/2009 | | Magistrate Judge Timothy S. Hillman: Electronic ORDER entered granting 13 Sealed Motion as to Brian J. Febonio (1). (Belpedio, Lisa) (Entered: 11/20/2009) |
| 12/07/2009 | 15 | MOTION for Pre-Plea Presentence Report as to Brian J. Febonio. (Natola, Michael) (Entered: 12/07/2009) |
| 01/04/2010 | | ELECTRONIC NOTICE OF HEARING as to Brian J. Febonio, Michael J. Peters; Arraignment set for 1/7/2009 02:00 PM in Courtroom 1 - Worcester before Magistrate Judge Timothy S. Hillman. (Belpedio, Lisa) (Entered: 01/04/2010) |
| 01/06/2010 | | ELECTRONIC NOTICE OF HEARING as to Brian J. Febonio, Michael J. Peters; Arraignment set for 1/7/2010 02:00 PM in Courtroom 1 - Worcester before Magistrate Judge Timothy S. Hillman. (Originally scheduled for 2009 in error)(Belpedio, Lisa) (Entered: 01/06/2010) |
| 01/07/2010 | | Attorney update in case as to Brian J. Febonio. Attorney Syrie D. Fried terminated. (Belpedio, Lisa) (Entered: 01/07/2010) |
| 01/07/2010 | 18 | MOTION Motion to Join Co-Defendant's Motion to Continue Arraignment as to Brian J. Febonio. (Natola, Michael) (Entered: 01/07/2010) |
| 02/12/2010 | | Magistrate Judge Timothy S. Hillman: Electronic ORDER entered granting 18 Motion to Join Co-Defendant's Motion to Continue Arraignment as to Brian J. Febonio (1) (Belpedio, Lisa) (Entered: 02/12/2010) |
| 02/12/2010 | | Magistrate Judge Timothy S. Hillman: Electronic ORDER entered granting 16 |

|  |  |  |
|---|---|---|
|  |  | Motion to Continue Arraignment as to Michael J. Peters & Brian Febonio. Arraignment set for 2/17/2010 11:30 AM in BOSTON, Courtroom 16 before Magistrate Judge Timothy S. Hillman. (Belpedio, Lisa) (Entered: 02/12/2010) |
| 02/17/2010 |  | Electronic Clerk Notes for proceedings held before Magistrate Judge Timothy S. Hillman: Arraignment as to Brian J. Febonio (1) Count 1 and Michael J. Peters (2) Count 1 held on 2/17/2010, Case called, Counsel, PTS & Defendants appear, Defendants notified of rights, charges & maximum penalties, Not Guilty Plea entered by Brian J. Febonio on count 1, Not Guilty Plea entered by Michael J. Peters on count 1, Oral Motion to exclude time, Case to be returned to the District Judge, Defendants previously released and conditions remain in effect. (Digital Recording 11:27.)(Attorneys present: Shine, Natola, Sultan) (Belpedio, Lisa) (Entered: 02/22/2010) |
| 02/23/2010 |  | ELECTRONIC NOTICE OF HEARING as to Brian J. Febonio, Michael J. Peters Status Conference set for 3/8/2010 02:00 PM in Courtroom 9 before Judge George A. OToole Jr.. Please mark your calendars accordingly. (Lyness, Paul) (Entered: 02/23/2010) |
| 03/08/2010 |  | Electronic Clerk Notes for proceedings held before Judge George A. OToole, Jr: Status Conference as to Brian J. Febonio, Michael J. Peters held on 3/8/2010, The motion for PrePlea is GRANTED. ( Status Conference set for 5/12/2010 02:00 PM in Courtroom 9 before Judge George A. OToole Jr..), Motions terminated as toBrian J. Febonio, Michael J. Peters:. (Court Reporter Marcia Patrisso.)(Attorneys present: For Government: Kenneth Shine; For Defendant Febonio: Michael Natola; For Defendant Peters: James Sultan) (Lyness, Paul) (Entered: 03/08/2010) |
| 03/08/2010 |  | Judge George A. OToole, Jr: ElectronicORDER entered. ORDER ON EXCLUDABLE DELAY as to Brian J. Febonio, Michael J. Peters Time excluded from 3/8/10 until 5/12/10. (Lyness, Paul) (Entered: 03/08/2010) |
| 03/08/2010 | 19 | Judge George A. OToole, Jr: ORDER entered. PROCEDURAL ORDER re: Preparation of Pre-Plea PreSentence Report as to Brian J. Febonio (Lyness, Paul) (Entered: 03/08/2010) |
| 05/12/2010 |  | ELECTRONIC Clerk's Notes for proceedings held before Judge George A. OToole, Jr: Status Conference as to Brian J. Febonio, Michael J. Peters held on 5/12/2010, ( Change of Plea Hearing set for 6/23/2010 02:00 PM in Courtroom 9 before Judge George A. OToole Jr..) (Attorneys present: For Government: Kenneth Shine; For Defendant Brian Febonio: Michael Natola; For Defendant Michael Peters: James Sultan. )Court Reporter Name and Contact or digital recording information: Marcia Patrisso at 617-737-8728. (Lyness, Paul) (Entered: 05/12/2010) |
| 05/13/2010 |  | Case as to Brian J. Febonio, Michael J. Peters no longer referred to Magistrate Judge Timothy S. Hillman. (Belpedio, Lisa) (Entered: 05/13/2010) |
| 06/22/2010 | 22 | MOTION To Schedule Status Conference as to Brian J. Febonio. (Natola, Michael) (Entered: 06/22/2010) |
| 06/22/2010 |  | Judge George A. OToole, Jr: ELECTRONIC ORDER entered granting 22 Motion Status Conference as to Brian J. Febonio (1). Status Conference set for |

| | | 6/23/2010 at 2:00 P.M. in Courtroom #9. (Danieli, Chris) Modified on 6/22/2010 to correct date(Danieli, Chris). (Entered: 06/22/2010) |
|---|---|---|
| 06/22/2010 | | Set Hearing as to Brian J. Febonio: Status Conference set for 6/23/2010 02:00 PM in Courtroom 9 before Judge George A. OToole Jr.. (Danieli, Chris) (Entered: 06/22/2010) |
| 06/23/2010 | | ELECTRONIC Clerk's Notes for proceedings held before Judge George A. OToole, Jr: Status Conference as to Brian J. Febonio held on 6/23/2010. Counsel report that they intend to file a motion to suppress. Motion to be filed by 7/30/10. Further Status Conference set for 7/7/2010 02:00 PM in Courtroom 9 before Judge George A. OToole Jr. Defendant requests not to be brought in for the status. All time excluded from 6/23/10 - 7/30/10. (Attorneys present: Kenneth Shine for the Government. Michael Natola for the defendant.. )Court Reporter Name and Contact or digital recording information: Marcia Patrisso at 617-737-8728. (Hourihan, Lisa) (Entered: 06/23/2010) |
| 06/23/2010 | | Judge George A. OToole, Jr: ELECTRONIC ORDER entered. ORDER ON EXCLUDABLE DELAY as to Brian J. Febonio Time excluded from 6/23/10 until 7/30/10. Reason for entry of order on excludable delay: 18 USC 3161(h)(1)(D) Pretrial motions from filing date to decision, or submission of all documents necessary for the court to make a determination. (Hourihan, Lisa) (Entered: 06/23/2010) |
| 06/23/2010 | | Set Deadlines as to Brian J. Febonio: Motion to Suppress due by 7/30/2010. (Danieli, Chris) (Entered: 06/23/2010) |
| 07/07/2010 | | ELECTRONIC NOTICE OF HEARING as to Brian J. Febonio Change of Plea Hearing set for 7/13/2010 03:00 PM in Courtroom 9 before Judge George A. OToole Jr.. Please mark your calendars accordingly. (Lyness, Paul) (Entered: 07/07/2010) |
| 07/13/2010 | | ELECTRONIC Clerk's Notes for proceedings held before Judge George A. OToole, Jr: Status Conference as to Brian J. Febonio held on 7/13/2010. Attorney Natola makes an oral motion to withdraw as counsel. The court grants the motion. New CJA to be appointed(Attorneys present: For Government: Kenneth Shine; For Defendant: Michael Natola. )Court Reporter Name and Contact or digital recording information: Marcia Patrisso at 617-737-8728. (Lyness, Paul) (Entered: 07/13/2010) |
| 07/13/2010 | 29 | MOTION for Excludable Delay to as to Brian J. Febonio by USA. (Shine, Kenneth) Modified on 10/14/2010 (Lyness, Paul). (Entered: 07/13/2010) |
| 07/13/2010 | 30 | Judge George A. OToole, Jr: ORDER entered. CJA 20 as to Brian J. Febonio: Appointment of Attorney Lenore M. Glaser (Leboff, Barbara) (Entered: 07/14/2010) |
| 07/13/2010 | | Attorney update in case as to Brian J. Febonio. Attorney Michael F. Natola terminated. (Danieli, Chris) (Entered: 07/16/2010) |
| 09/13/2010 | | ELECTRONIC NOTICE OF HEARING as to Brian J. Febonio Change of Plea Hearing set for 9/21/2010 02:00 PM in Courtroom 9 before Judge George |

| | | |
|---|---|---|
| | | A. OToole Jr.. Please mark your calendars accordingly. (Lyness, Paul) (Entered: 09/13/2010) |
| 09/21/2010 | | ELECTRONIC Clerk's Notes for proceedings held before Judge George A. OToole, Jr:Change of Plea Hearing as to Brian J. Febonio held on 9/21/2010, Plea entered by Brian J. Febonio (1) Guilty Count 1. PSR Ordered. Defendant continued Remanded.(Attorneys present: For Government: Kenneth Shine; For Defendant: Lenore Glaser. )Court Reporter Name and Contact or digital recording information: Debra Joyce at 617-737-4410. (Danieli, Chris) (Entered: 09/21/2010) |
| 09/21/2010 | 38 | Judge George A. OToole, Jr: ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Brian J. Febonio Sentencing set for 12/21/2010 02:00 PM in Courtroom 9 before Judge George A. OToole Jr.. (Danieli, Chris) (Entered: 09/21/2010) |
| 10/15/2010 | 44 | NOTICE OF ATTORNEY APPEARANCE: Bradford E. Keene appearing for Brian J. Febonio. Type of Appearance: Retained. (Keene, Bradford) (Entered: 10/15/2010) |
| 10/15/2010 | 45 | MOTION to Withdraw as Attorney by Lenore Glaser as to Brian J. Febonio. (Glaser, Lenore) (Entered: 10/15/2010) |
| 10/18/2010 | | Judge George A. OToole, Jr: ELECTRONIC ORDER entered granting 45 Motion to Withdraw as Attorney Attorney Lenore Glaser terminated as to Brian J. Febonio (1) (Lyness, Paul) (Entered: 10/18/2010) |
| 12/18/2010 | 46 | SENTENCING MEMORANDUM by Brian J. Febonio (Attachments: # 1 Exhibit Statements in Support of Defendant's Sentencing Memorandum 12 18 10)(Keene, Bradford) (Entered: 12/18/2010) |
| 12/20/2010 | 47 | MOTION to Seal Document as to Brian J. Febonio. (Keene, Bradford) (Entered: 12/20/2010) |
| 12/21/2010 | | ELECTRONIC Clerk's Notes for proceedings held before Judge George A. OToole, Jr:Sentencing held on 12/21/2010 for Brian J. Febonio (1), Count(s) 1, 110 months imprisonment on count 1. Court recommends to the Bureau of Prisons that the defendant participate in all available substance abuse treatment, including, but not limited to, the Bureau of Prisons' 500-Hour Residential Drug Abuse Program. Bureau of Prison to take into consideration the deft's family circumstances when designating a facility. 5 years supervised release. ( See Judgment and Commitment for conditions of release). Defendant is to pay restitution in the total amount of $26,433.00 to Sovereign Bank. All restitution payments shall be made to the Clerk, US District Court for transfer to the above named party. Defendant is assessed $100.00 which is due forthwith.. (Attorneys present: For Government: Kenneth Shine; For Defendant: Bradford Eliot Keene. )Court Reporter Name and Contact or digital recording information: Marcia Patrisso at 617-737-8728. (Lyness, Paul) (Entered: 12/22/2010) |
| 12/22/2010 | 48 | Judge George A. OToole, Jr: ORDER entered. JUDGMENT as to Brian J. Febonio (1), Count(s) 1, 110 months imprisonment on count 1. Court recommends to the Bureau of Prisons that the defendant participate in all |

| | | |
|---|---|---|
| | | available substance abuse treatment, including, but not limited to, the Bureau of Prisons' 500-Hour Residential Drug Abuse Program. Bureau of Prison to take into consideration the deft's family circumstances when designating a facility. 5 years supervised release. ( See Judgment and Commitment for conditions of release). Defendant is to pay restitution in the total amount of $26,433.00 to Sovereign Bank. All restitution payments shall be made to the Clerk, US District Court for transfer to the above named party. Defendant is assesssed $100.00 which is due forthwith. (Lyness, Paul) (Entered: 12/22/2010) |
| 02/15/2011 | 49 | Transcript of Disposition as to Brian J. Febonio held on December 21, 2010, before Judge George A. OToole. Court Reporter Name and Contact Information: Marcia Patrisso at 617-737-8728 The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Redaction Request due 3/8/2011. Redacted Transcript Deadline set for 3/18/2011. Release of Transcript Restriction set for 5/16/2011. (Scalfani, Deborah) (Entered: 02/15/2011) |
| 02/15/2011 | 50 | NOTICE is hereby given that an official transcript of a proceeding as to Brian J. Febonio has been filed by the court reporter in the above-captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, a copy of which is attached to this entry. (Scalfani, Deborah) (Entered: 02/15/2011) |
| 09/12/2011 | 51 | Letter to Clerk of Court regarding Counsel and Notice of Appeal as to Brian J. Febonio (Danieli, Chris) (Entered: 09/16/2011) |
| 09/12/2011 | 52 | Letter to Judge regarding Counsel and Notice of Appeal as to Brian J. Febonio (Danieli, Chris) (Entered: 09/16/2011) |
| 11/14/2011 | 53 | Transcript of Change of Plea as to Brian J. Febonio held on September 21, 2011, before Judge George A. OToole. Court Reporter Name and Contact Information: Debra Joyce at joycedebra@gmail.com The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Redaction Request due 12/5/2011. Redacted Transcript Deadline set for 12/15/2011. Release of Transcript Restriction set for 2/13/2012. (Scalfani, Deborah) Modified on 9/13/2012 to correct the date held in the docket text (Danieli, Chris). Modified on 9/13/2012 (Scalfani, Deborah). (Entered: 11/14/2011) |
| 11/14/2011 | | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above-captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at http://www.mad.uscourts.gov/attorneys/general-info.htm (Scalfani, Deborah) (Entered: 11/14/2011) |
| 11/17/2011 | 54 | Amendment to 52 Letter (non-motion), 51 Letter (non-motion) as to Brian J. Febonio: (Attachments: # 1 Cover Letter, # 2 Cover Letter, # 3 Exhibit, # 4 Letter to Clerk)(Danieli, Chris) (Entered: 11/22/2011) |
| 12/19/2011 | 55 | MOTION to Vacate under 28 U.S.C. 2255 as to Brian J. Febonio. (Danieli, Chris)<br>Civil case 1:11-cv-12272 opened. (Entered: 12/20/2011) |
| | | |

| | | |
|---|---|---|
| 12/20/2011 | 56 | Judge George A. OToole, Jr: ORDER entered. SERVICE ORDER re 2255 Motion. Order entered pursuant to R.4 of the Rules governing Section 2255 cases for service on respondents. Answer/responsive pleading due w/in 21 days of receipt of this order. (Danieli, Chris) (Entered: 12/20/2011) |
| 12/23/2011 | 57 | RESPONSE to Motion by USA as to Brian J. Febonio, Michael J. Peters re 55 MOTION to Vacate under 28 U.S.C. 2255 (Shine, Kenneth) (Entered: 12/23/2011) |
| 01/19/2012 | 58 | REPLY TO RESPONSE to Motion by Brian J. Febonio re 55 MOTION to Vacate under 28 U.S.C. 2255 (Attachments: # 1 Part 2, # 2 Part 3, # 3 Part 4, # 4 Part 5, # 5 Cover Letter)(Danieli, Chris) (Entered: 01/20/2012) |
| 02/21/2012 | 59 | MOTION to Seal Sentencing Transcriptas to Brian J. Febonio. (Attachments: # 1 Letter to Clerk)(Danieli, Chris) (Entered: 02/21/2012) |
| 03/07/2012 | 60 | Letter (non-motion) regarding Access to a Copy Machine as to Brian J. Febonio (Danieli, Chris) (Entered: 03/07/2012) |
| 03/07/2012 | 61 | MOTION to Retrieve Property as to Brian J. Febonio. (Danieli, Chris) (Entered: 03/07/2012) |
| 06/07/2012 | 62 | Supplemental Brief by Brian J. Febonio re 55 MOTION to Vacate under 28 U.S.C. 2255 (Attachments: # 1 Cover Letter)(Danieli, Chris) (Entered: 06/07/2012) |
| 07/09/2012 | 63 | Letter (non-motion) regarding a case update as to Brian J. Febonio (Danieli, Chris) (Entered: 07/10/2012) |
| 08/29/2012 | 64 | Judge George A. OToole, Jr: ELECTRONIC ORDER entered granting Nunc Pro Tunc 59 Motion to Seal as to Brian J. Febonio (1) (Lyness, Paul) (Entered: 08/29/2012) |
| 10/04/2012 | 65 | Letter (non-motion) regarding address change and case status as to Brian J. Febonio (Danieli, Chris) (Entered: 10/04/2012) |
| 09/17/2014 | 67 | MOTION to Supplement or add new grounds to 55 MOTION to Vacate under 28 U.S.C. 2255 filed by Brian J. Febonio as to Brian J. Febonio. (Attachments: # 1 Affidavit)(Danieli, Chris) (Entered: 09/22/2014) |
| 02/06/2015 | 68 | Judge George A. OToole, Jr: ORDER entered as to Brian J. Febonio (Danieli, Chris) (Entered: 02/06/2015) |
| 02/06/2015 | 69 | Copy re 68 Order mailed to Brian J. Febonio on 2/6/2015. (Danieli, Chris) (Entered: 02/06/2015) |
| 03/05/2015 | 70 | AFFIDAVIT of Defense Counsel by Brian J. Febonio (Keene, Bradford) (Entered: 03/05/2015) |
| 03/23/2015 | 71 | AFFIDAVIT of Brian J. Febonio by Brian J. Febonio (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Danieli, Chris) (Entered: 03/24/2015) |
| 03/24/2015 | 72 | MEMORANDUM in Opposition by USA as to Brian J. Febonio re 67 MOTION to Amend 55 MOTION to Vacate under 28 U.S.C. 2255 filed by |

|  |  | Brian J. Febonio (Shine, Kenneth) (Entered: 03/24/2015) |
|---|---|---|
| 03/24/2015 | 73 | MEMORANDUM in Opposition by USA as to Brian J. Febonio re 67 MOTION to Amend 55 MOTION to Vacate under 28 U.S.C. 2255 filed by Brian J. Febonio (Shine, Kenneth) (Entered: 03/24/2015) |
| 08/20/2015 | 74 | Letter (non-motion) regarding case up date as to Brian J. Febonio (Danieli, Chris) (Entered: 08/25/2015) |
| 08/25/2015 | 75 | Docket sheet sent to Brian J. Febonio (Danieli, Chris) (Entered: 08/25/2015) |
| 11/03/2015 |  | Attorney update in case as to Brian J. Febonio. Attorney Mark W. Shea added. Attorney Bradford E. Keene terminated. (Lyness, Paul) (Entered: 11/03/2015) |
| 11/06/2015 | 76 | ELECTRONIC NOTICE OF HEARING as to Brian J. Febonio Evidentiary Hearing set for 12/10/2015 10:00 AM in Courtroom 22 before Judge George A. OToole Jr.. Please mark your calendars accordingly. The petitioner will appear by video conference.(Lyness, Paul) (Entered: 11/06/2015) |
| 11/19/2015 | 77 | REMARK as to Brian J. Febonio: The evidentiary hearing set for 10:00 am on 12/10/15 is going to be converted to a status conference. (Lyness, Paul) (Entered: 11/19/2015) |
| 11/19/2015 | 78 | ELECTRONIC NOTICE CANCELING HEARING as to Brian J. Febonio. Hearing or Deadline canceled: The evidentiary hearing scheduled for 12/10/15 is cancelled. (Lyness, Paul) (Entered: 11/19/2015) |
| 11/19/2015 | 79 | ELECTRONIC NOTICE OF HEARING as to Brian J. Febonio Status Conference set for 12/10/2015 10:00 AM in Courtroom 22 before Judge George A. OToole Jr.. Please mark your calendars accordingly.(Lyness, Paul) (Entered: 11/19/2015) |
| 12/10/2015 | 80 | Electronic Clerk's Notes for proceedings held before Judge George A. OToole, Jr: Status Conference as to Brian J. Febonio held on 12/10/2015, ( Evidentiary Hearing set for 2/18/2016 10:00 AM in Courtroom 22 before Judge George A. OToole Jr..). Defendant is to be brought in for the hearing. (Attorneys present: For Government: Kenneth Shine; For Defendant: Mark Shea. )Court Reporter Name and Contact or digital recording information: Marcia Patrisso at m.patrisso@outlook.com. (Lyness, Paul) (Entered: 12/10/2015) |
| 12/10/2015 | 81 | Writ of Habeas Corpus ad Prosequendum Issued as to Brian J. Febonio for February 18, 2016 at 10:00 am in Courtroom 22 (Lyness, Paul) (Entered: 12/10/2015) |
| 12/30/2015 | 82 | Assented to MOTION to Continue *and Advance* to Feb. 11, 2016 to Evidentiary Hearing as to Brian J. Febonio. (Shea, Mark) (Entered: 12/30/2015) |
| 01/04/2016 | 83 | ELECTRONIC NOTICE OF RESCHEDULING as to Brian J. Febonio Evidentiary Hearing set for 2/11/2016 09:30 AM in Courtroom 22 before Judge George A. OToole Jr.. Please make the change in your calendars. (Lyness, Paul) (Entered: 01/04/2016) |
| 01/04/2016 | 84 | Writ of Habeas Corpus ad Prosequendum Issued as to Brian J. Febonio for |

| | | February 11, 2016 at 9:30 am (Lyness, Paul) (Entered: 01/04/2016) |
|---|---|---|
| 01/12/2016 | 85 | Judge George A. OToole, Jr: ELECTRONIC ORDER entered granting Nunc Pro Tunc 82 Motion to Continue as to Brian J. Febonio (1) (Lyness, Paul) (Entered: 01/12/2016) |
| 02/04/2016 | 88 | US Marshal Process Receipt and Return for Subpeona. Essex County Correctional Facility: Custodian of Records served, delivered on 02/03/2016. (Halley, Taylor) (Entered: 02/05/2016) |
| 02/11/2016 | 89 | Electronic Clerk's Notes for proceedings held before Judge George A. OToole, Jr: Evidentiary Hearing as to Brian J. Febonio held on 2/11/2016 testimony of defendant witnesses Bradford Keene and Brian Febonio given. Evidence presented. Defendant's Motion to Retrieve Property 61 and Motion to Supplement 67 are both DENIED. The court takes the matter under advisement. Motions terminated as toBrian J. Febonio: (Attorneys present: For Government: Kenneth Shine; For Defendant: mark Shea; Defendant Febonio present. )Court Reporter Name and Contact or digital recording information: Marcia Patrisso at m.patrisso@outlook.com. (Lyness, Paul) (Entered: 02/11/2016) |
| 02/11/2016 | 90 | EXHIBIT/WITNESS LIST (Lyness, Paul) (Entered: 02/11/2016) |
| 03/23/2016 | 92 | Judge George A. OToole, Jr: OPINION AND ORDER entered denying 55 Motion to Vacate (2255) as to Brian J. Febonio (1) (Lyness, Paul) Civil Case 1:11-cv-12272-GAO closed. (Entered: 03/23/2016) |
| 04/13/2018 | 106 | Request from Probation regarding Request to Transfer Jurisdiction as to Brian J. Febonio. Requested action: Judicial Review and Return (Wertz, Taylor) (Entered: 04/13/2018) |
| 04/18/2018 | 107 | Judge George A. O'Toole, Jr: ORDER entered as to Brian J. Febonio re 106 Pretrial/Probation Request (Halley, Taylor) (Entered: 04/18/2018) |